UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JAMES P. PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 1:13-CV-321 |
| ) | Judge Curtis L. Collier |
| BILL JOHNSON, PRESIDENT AND CEO, ) | |
| TENNESSEE VALLEY AUTHORITY and ) | |
| THE TENNESSEE VALLEY AUTHORITY ) | |
| BOARD OF DIRECTORS, for the ) | |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

Before the Court is a motion for summary judgment filed by Defendants Bill Johnson, President and CEO of Tennessee Valley Authority and the Tennessee Valley Authority Board of Directors, for the Tennessee Valley Authority, (collectively, "TVA") (Court File No. 26). Plaintiff James P. Pickett ("Plaintiff") responded (Court File No. 44) and TVA replied (Court File No. 45). For the reasons set forth in the accompanying Memorandum, the Court **GRANTS** TVA's Motion (Court File No. 26). The Clerk is directed to **TERMINATE** Court File No. 48 as moot.

There being no issues remaining, the Clerk is directed to **CLOSE** the case.

**SO ORDERED.**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ Debra C. Poplin
  CLERK OF COURT

Case 1:13-cv-00321-CLC-SKL  Document 59  Filed 09/30/15  Page 1 of 1  PageID #: 1442